# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10038-1-STA |
| WILLIAM CISCO, ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on November 30, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, William Cisco, appearing in person, and with counsel, Daniel Taylor.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, MARCH 1, 2019 at 1:30 P.M., before Chief Judge S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 30th day of November, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT